MINOR H. IVINS ET AL., PLAINTIFFS IN ERROR, v. THE CITY OF TRENTON, DEFENDANT IN ERROR.

Submitted March 24, 1903—Decided June 15, 1903.

On error to the Supreme Court.

For the plaintiffs in error, *John H. Backes.*

For the defendant in error, *Charles E. Bird.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons given in the opinion of Mr. Justice Hendrickson in that court.   39 *Vroom* 501.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, VAN SYCKEL, GARRISON, FORT, GARRETSON, SWAYZE, BOGERT, VREDENBURGH, VOORHEES, VROOM.   11.

*For reversal*—None.